IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIKAL H. JONES,

    Plaintiff,

v.

MICHAEL DITTMANN, et al.,

    Defendants.

ORDER

Case No. 17-cv-552-wmc

On April 13, 2018, plaintiff submitted a letter, which I will construe as a renewed motion for an order directing prison officials to pay the remainder of the filing fees from his release account. Dkt. 16. In an order entered on December 11, 2017, I previously addressed plaintiff's request to use his release account funds to pay the remainder of the filing fee in this case. As discussed in the December 11 order, with the exception of initial partial payments, this court does not have the authority to tell state officials whether, and to what extent, a prisoner should be able to withdraw money from a release account. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). Therefore, I will deny plaintiff's renewed motion.

ORDER

IT IS ORDERED that plaintiff Mikal H. Jones's renewed motion for an order directing prison officials to pay the remainder of the filing fee in this case from his release account, dkt. 16, is DENIED.

Entered this 4th day of May, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

1