IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIKAL H. JONES,

    Plaintiff,

v.

MICHAEL DITTMAN, et al.,

    Defendants.

ORDER

Case No. 17-cv-552-wmc

*Pro se* plaintiff Mikal Jones filed a proposed civil complaint, claiming that Wisconsin Department of Corrections officials violated his constitutional rights in handling his medical care. The complaint was filed on July 17, 2017, and is currently under advisement for screening pursuant to 28 U.S.C. § 1915A. However, Jones now seeks to withdraw the complaint voluntarily and requests that the court waive the remaining balance of his filing fee. (Dkt. #19.) He explains that he no longer wishes to follow through with this lawsuit.

Jones' motion will be granted because he has provided sufficient justification for withdrawing his complaint and for the court to waive the remainder of the filing fee. Further, since this case has not yet been screened, dismissing it will not prejudice the defendants.

ORDER

IT IS ORDERED that plaintiff Mikal Jones' motion to voluntarily dismiss his case and waive the remainder of his filing fee (dkt. #19) is GRANTED. This case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Entered this 25th day of February, 2019.

                BY THE COURT:

                /s/

                WILLIAM M. CONLEY
                District Judge